AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| Plaintiff | ORDER ON APPLICATION |
| **LONDON THOMAS** | TO PROCEED WITHOUT |
| V. | PREPAYMENT |
| **JEWISH VOCATION SERVICES** | |
| Defendant | Case Number: 11-322 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED**, and

☒ The clerk is directed to file the complaint, and

☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this  31st  day of  January , 2011

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer